# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿June 05, 2015＿＿＿＿＿

*The Court of Appeals hereby passes the following order:*

**A15A1773.  IN RE: THE ESTATE OF MILDRED IRENE CANTRELL.**

Regina A. Carter, Administrator of the Estate of Mildred Irene Carter, filed a multi-count complaint against Vistacare, LLC.  On February 23, 2015, the trial court dismissed two of the plaintiff's three claims.  However, Carter's fraud claim remained pending.  Carter then filed this direct appeal.  We lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment."  (Punctuation and citation omitted.)  *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  Here, although the trial court dismissed two of Carter's three claims, the fraud claim remains pending.  Therefore, the challenged order is not a final order, and it is appealable only through the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b).  See id.  Because Carter failed to comply with those procedures, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,＿＿＿* 06/05/2015 ＿＿＿
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ *, Clerk.*